# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON PATRICE PAYNE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　　　　Respondent. | Case No. LACV 16-8001-SVW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: December 8, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE