**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRON PATRICE PAYNE, | Case No. LACV 16-8001-SVW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STU SHERMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 8, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE